UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LETITIA HUNE                                                                                          PLAINTIFF

V.                              CASE NO. 4:20-CV-916-JTR

ANDREW SAUL, Commissioner
Social Security Administration                                                                  DEFENDANT

## ORDER

Plaintiff, Letitia Hune, seeks judicial review of the administrative denial of her claims for disability insurance benefits. *Doc. 2*. The Commissioner has filed an Unopposed Motion to Reverse and Remand for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g). *Doc. 15*. The Motion states that Hune's counsel does not oppose the requested reversal and remand. *Id. at 1*. Under the circumstances, remand is appropriate.

Accordingly, the Commissioner's Unopposed Motion to Reverse and Remand, *Doc. 15*, is GRANTED. The Commissioner's prior decision is REVERSED, and this matter is REMANDED for further administrative proceedings and issuance of a new decision. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED, this 3rd day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE